[No. 10438-1-I.   Division One.   October 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS
MORALES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-04048-7, James J. Dore, J., entered June
23, 1981. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, C.J., and Corbett, J.

[No. 4991-1-II.   Division Two.   October 18, 1982.]

PUGET SOUND AIR POLLUTION CONTROL AGENCY,
*Respondent,* v. EMERY BERG, ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 79-2-00529-2, Tyler C. Moffett, J., entered
August 25, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4764-4-III.   Division Three.   October 19, 1982.]

YOUA VANG, *as Guardian, Appellant,* v. ROSE
J. AYERS, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-01306-1, B. J. McLean, J., entered
August 21, 1981. *Remanded* by unpublished per curiam
opinion.